UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| BRIAN CARTER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | 1:12-cv-432-JMS-TAB |
| | ) | |
| WARDEN, FCI TERRE HAUTE, IN, | ) | |
| | ) | |
| Respondent. | ) | |

**E N T R Y**

The petitioner's motion to reconsider [10] is treated as a motion to alter or amend judgment and as so understood is **denied**. The reason for this ruling is that the petition for a writ of habeas corpus was properly dismissed for the reasons explained in the Entry of April 6, 2012. *Harrington v. City of Chicago,* **433 F.3d 542, 546 (7th Cir. 2006)** (AAltering or amending a judgment under Rule 59(e) is permissible when there is newly discovered evidence or there has been a manifest error of law or fact.@)(citing *Bordelon v. Chicago Sch. Reform Bd. of Trs.,* **233 F.3d 524, 529 (7th Cir. 2000)).**

**IT IS SO ORDERED.**

Date: 05/14/2012

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution:**

**Brian Carter**
**13851-424**
**United States Penitentiary**
**Inmate Mail/Parcels**
**P.O. Box 33**
**Terre Haute, IN 47808**